THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRENDAN MOORE, MATTHEW DeVITO, on behalf of themselves, and others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>EXPERIAN NORTH AMERICA, INC. and T-MOBILE,<br>    Defendants. | Case No.: 15-CV-08771 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs, Brendan Moore and Matthew DeVito, by and through undersigned counsel, hereby file this notice voluntarily dismissing all claims against Defendants Experian North America, Inc. and T-Mobile without prejudice.

  1. Plaintiffs filed their Complaint against Defendants in the United States District Court for the Northern District of Illinois, Case No. 15-CV-08771 on October 2, 2015.

  2. Defendants have not been served with process and have not filed an answer in this case.

  3. Plaintiffs have not previously dismissed any federal or state court suit based on or including the same claims as those presented in this lawsuit.

  4. This case is not governed by any federal statute that requires a court order for dismissal.

5.    Plaintiffs file their Notice of Voluntary Dismissal with the intention of dismissing all claims against Defendants, without prejudice to refiling.

6.    Accordingly, Plaintiffs, Brendan Moore and Matthew DeVito, file their Notice of Voluntary Dismissal and hereby dismiss all claims against Defendants Experian North America, Inc. and T-Mobile without prejudice.

Dated: October 5, 2015				Respectfully submitted,

**WEXLER WALLACE LLP**

*/s/Edward Wallace*
Edward A. Wallace
Mark R. Miller
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
T: (312) 346-2222
F: (312) 346-0022
E-mail:	eaw@wexlerwallace.com
		mrm@wexlerwallace.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 5, 2015, the foregoing was filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/Edward Wallace*
Edward A. Wallace
